UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re:                                                Case No.   17-52667

Megan Elizabeth Reese

Debtor.                                          Chapter 13 (Judge Hoffman)

### MOTION TO APPROVE AGREED ORDER MODIFYING AUTOMATIC STAY TO ALLOW PROSECUTION OF PENDING DISSOLUTION PROCEEDING

Now comes Michael D. Reese ("Movant"), spouse of debtor Megan Elizabeth

Reese, through counsel, and respectfully requests this Court to approve the agreement of

the parties that the automatic stay, in effect pursuant to 11 U.S.C. §362(a), be modified to

allow prosecution of the dissolution which is pending in the Franklin County Court of

Common Pleas, Division of Domestic Relations.  That case is styled Michael D. Reese,

Petitioner-Husband and Megan Reese, Petitioner-Wife, #17 DR 001923.

  /s/ Pamela N. Maggied
Pamela N. Maggied, Attorney for Movant (0013260)
85 East Gay St., Suite 600
Columbus, Ohio  43215
maggiedlaw@midohio.twcbc.com
(614) 464-2236  //  fax (614) 464-3823

### MEMORANDUM

1.  Debtor and Movant are husband and wife, although they are living separately.

Their dissolution proceeding is pending.

2.  This motion is a request for an order of this Court granting relief from the stay

provided under §362(a).

3.  Movant and debtor no longer wish to be married to each other.

4.  The filing of this bankruptcy case triggered the automatic stay provisions of 11

U.S.C. §362, which preclude movant from obtaining a divorce or dissolution because of the

issues involved with dividing marital assets that could be property of the debtor's estate.

5.  Pursuant to 11 U.S.C. §362(d) the Court shall grant relief from the stay provided under subsection (a) of §362 upon a demonstration of cause, or with respect to an act against property if the debtor does not have equity in such property and such property is not necessary to an effective reorganization.

6.  No non-exempt property of the estate is at issue in the pending dissolution proceeding.

7.  Continued delay in the domestic relations action will cause irremediable harm to Movant.

Wherefore, Michael D. Reese respectfully requests that the Court grant relief from the 11 U.S.C. §362(a) Automatic Stay, to permit the parties to move forward in the state court to complete their dissolution.

　/s/ Pamela N. Maggied　　　　　　　　
Pamela N. Maggied

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Approve Agreed Order Terminating Automatic Stay was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S. Mail on June 14th, 2017 addressed to:

　/s/ Pamela N. Maggied　　　　　　　　
Pamela N. Maggied

Megan Elizabeth Reese
7703 Windsor Dr
Dublin OH 43016